**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7217**

_____

LUIS ANTONIO ROSADO, JR.,

        Plaintiff - Appellant,

     v.

BRADLEY D. BRECHER; ALAN D. MCINNES; JOSHUA H. STEIN; TERRENCE W. BOYLE; JOHN GRAY; LARRY GRIER; MICKEEYN ROBINSON; JOSHUA BARNES; JAMES B. TRACHTMAN; ERIC RIGGS; DA'SHONE JOYNER,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:24-ct-03208-D)

_____

Submitted:  April 24, 2025                                    Decided:  April 29, 2025

_____

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Luis Antonio Rosado, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Antonio Rosado, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Rosado v. Brecher*, No. 5:24-ct-03208-D (E.D.N.C. Dec. 13, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
